**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

                    **Plaintiff,**

                                  **CRIMINAL NO.  10-30098-DRH**

       **vs.**

**TIMOTHY P. KEBEL,**

                    **Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On September 8, 2010, this court entered an order for forfeiture against defendant Timothy P. Kebel for the following property which had been seized from said defendant:

> **One Sony Vaio laptop computer bearing serial number CXSMM01BRD02D110 with a Hitachi internal disk bearing serial number X0GH6RTE; and**

> **One Sony Vaio desktop computer bearing serial number 3008284 with a Western Digital internal disk bearing serial number WMANK1377613.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning September 23, 2010, and ending October 25, 2010, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in

the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on September 8, 2010, namely:

> **One Sony Vaio laptop computer bearing serial number CXSMM01BRD02D110 with a Hitachi internal disk bearing serial number X0GH6RTE; and**
>
> **One Sony Vaio desktop computer bearing serial number 3008284 with a Western Digital internal disk bearing serial number WMANK1377613.**

The United States Postal Inspection Service or the United States Marshal shall dispose of the property according to law.  Said disposal may, at the discretion of the United States, include the destruction of the property.  Said destruction may be done at such time and location and by such persons as designated by the United States Marshal or the United States Postal Inspection Service.


**DATE: February 3, 2011**

David R. Herndon
2011.02.03 14:40:04
-06'00'

**Chief Judge
United States District Court**

2