# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**TIMOTHY P. KEBEL,**

**Defendant.**                                              **No. 10-30098-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Kebel's second motion to continue self-surrender date (Doc. 38). Specifically, defendant moves the Court to continue the self-surrender date because of his current medical issues/treatment. According to the motion, the government takes no position on this issue. Based on the reasons stated in the motion, the Court **GRANTS** the motion. Defendant shall surrender for service of sentence at the Bureau of Prisons facility in Forrest City, Arkansas on August 12, 2011 by 1:00 p.m., unless the Bureau of Prisons notifies Defendant of a surrender date (no sooner than August 12, 2011) and location that must be different because of a change in location that must be different because of a change

in circumstances due to the Defendant's medical condition or a change in the capacity of the previously designated facility.

**IT IS SO ORDERED.**

Signed this 29th day of April, 2011.

Digitally signed by David R. Herndon
Date: 2011.04.29 10:37:21 -05'00'

**Chief Judge**
**United States District Court**